IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Popo, Frank G  
Popo, Susan  
Printed: 10/16/07

Case Number: 04 B 10197  
Judge: Squires, John H  
Filed: 3/15/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 24, 2007  
Confirmed: May 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 115,708.00 |  |
| Secured: |  | 90,221.74 |
| Unsecured: |  | 16,992.52 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 5,723.20 |
| Other Funds: |  | 70.54 |
| Totals: | 115,708.00 | 115,708.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 9,202.66 | 8,965.84 |
| 3. | Countrywide Home Loans Inc. | Secured | 55,121.25 | 52,860.75 |
| 4. | Chase Cardmember Services | Secured | 312.76 | 312.76 |
| 5. | American Eagle | Secured | 27,248.70 | 27,248.70 |
| 6. | Harlem Furniture | Secured | 833.69 | 833.69 |
| 7. | Kohl's/Kohl's Dept Stores | Unsecured | 516.28 | 618.85 |
| 8. | ECast Settlement Corp | Unsecured | 2,869.93 | 3,440.18 |
| 9. | American Express Travel Relate | Unsecured | 561.66 | 673.26 |
| 10. | RoundUp Funding LLC | Unsecured | 1,189.94 | 1,426.39 |
| 11. | Resurgent Capital Services | Unsecured | 1,436.11 | 1,721.46 |
| 12. | American Express | Unsecured | 341.68 | 409.58 |
| 13. | RoundUp Funding LLC | Unsecured | 3,386.38 | 4,059.24 |
| 14. | Lord & Taylor | Unsecured | 120.83 | 144.83 |
| 15. | American Eagle | Unsecured | 198.47 | 237.91 |
| 16. | American Express | Unsecured | 44.05 | 52.79 |
| 17. | American Express Centurion | Unsecured | 771.63 | 924.95 |
| 18. | First North Amer Visa | Unsecured | 1,984.91 | 2,379.30 |
| 19. | Chase Cardmember Services | Unsecured | 44.30 | 53.11 |
| 20. | ECast Settlement Corp | Unsecured | 709.67 | 850.67 |
| 21. | Lane Bryant | Unsecured |  | No Claim Filed |
| 22. | Sam's Club | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 109,594.90 | $ 109,914.26 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Popo, Frank G<br>Popo, Susan<br>Printed: 10/16/07 | Case Number: 04 B 10197<br>Judge: Squires, John H<br>Filed: 3/15/04 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 739.37 |
| 6.5% | 1,578.40 |
| 3% | 279.01 |
| 5.5% | 1,510.81 |
| 5% | 332.00 |
| 4.8% | 895.40 |
| 5.4% | 388.21 |
| | _____ |
| | $ 5,723.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

    Marilyn O. Marshall, Trustee, by:

    *Denise Ashley* _____